UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MACKENLOVE DUMERVIL,<br>A# 234 600 694,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN, South Texas ICE Processing Center, ET AL.,<br><br>    Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-26-CV-01533-JKP |

**ORDER**

Before the Court is *pro se* Petitioner Mackenlove Dumervil's Motion to Expedite in this 28 U.S.C. § 2241 immigration habeas matter. (ECF No. 2). Upon review, the motion is **DENIED**. (*Id.*).

The relief Dumervil seeks on an *ex parte* and preliminary basis mirrors the ultimate relief sought on the merits of this already–expedited § 2241 proceeding. (ECF Nos. 1, 2). In that posture, this Court and others have denied such motions and proceeded directly to the merits of the habeas petition itself. *See, e.g., Garcia–Aleman v. Thompson*, No. SA-25-CV-886-OLG (W.D. Tex. Oct. 30, 2025) (Order Denying Motion for TRO and Preliminary Injunction, collecting cases); *Chambliss v. Ashcroft*, No. 3:04-CV-298-D, 2004 WL 718998, at *2 (N.D. Tex. Apr. 1, 2004) (recommending preliminary injunction be denied and habeas briefing be expedited because preliminary relief sought was "the same as the relief sought through the habeas petition"), *report and recommendation adopted*, No. CIV.A. 3:04-CV-298D, 2005 WL 724206 (N.D. Tex. Mar. 30, 2005). Indeed, prompt resolution is already contemplated by the nature of the writ itself. *See* 28 U.S.C. § 2243 ("A court … entertaining an application for a writ of habeas

2

corpus shall *forthwith* award the writ or issue an order directing the respondent to show cause why the writ should not be granted." (emphasis added)); *Harris v. Nelson*, 394 U.S. 286, 291 (1969) ("[T]he office of the writ is to provide a prompt and efficacious remedy, … [and] must not be allowed to founder in procedural morass." (citation modified)).

**IT IS THEREFORE ORDERED** that Dumervil's Motion to Expedite (ECF No. 2) is **DENIED**.

It is so **ORDERED**.

SIGNED this 11th day of March, 2026.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE